IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CALLIE M. BRADEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:04cv0082 |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) Judge Thomas A. Wiseman, Jr. |
| | ) |
|     Defendant. | ) |

## ORDER

Before the Court is Plaintiff Callie M. Braden's motion for judgment on the administrative record (Doc. No. 14), filed along with a supporting brief (Doc. No. 15) seeking reversal of the Commissioner's decision denying benefits. The Commissioner of Social Security ("Commissioner") filed a response opposing Plaintiff's motion (Doc. No. 18).

Upon review of the Administrative Record as a whole, the Court finds that the Commissioner's decision denying benefits is supported by substantial evidence. Accordingly, the Plaintiff's motion for judgment on the administrative record is **DENIED** and the Commissioner's decision denying benefits is hereby **AFFIRMED**.

It is so **ORDERED**.

This is a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

                                      Thomas A. Wiseman, Jr.
                                      Senior U.S. District Judge